# EXHIBIT "B"

Case 2:11-cv-10193-JHN-JC Document 35-2 Filed 02/27/12 Page 2 of 14 Page ID #:1022
App000001
Case 3:11-cv-03414-M Document 22-2 Filed 01/17/12 Page 1 of 42 PageID 551

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIGITAL GENERATION, INC. f/k/a DG FASTCHANNEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN W. BROWN, <br><br> Defendant. | Civil Action No.: 3-11-CV-3414-M |

**DECLARATION OF DEANNA HOVLAND IN SUPPORT OF**
**MOTION FOR PRELIMINARY INJUNCTION**

I, Deanna Hovland, declare as follows:

1. I am over twenty-one (21) years of age and am fully competent to testify herein. I have personal knowledge of the matters addressed herein and hereby affirm that they are true and correct.

2. I am the Vice President, Global Support for Digital Generation, Inc. f/k/a DG FastChannel, Inc. ("DG"). I am authorized to make this Declaration on behalf of DG and have personal knowledge of the facts recited herein.

3. I reside in Flower Mound, Texas, and work in DG's Irving, Texas headquarters.

4. I originally joined DG in April 2005, following DG's acquisition of Media DVX. I worked at Media DVX for five years, prior to DG's acquisition. Throughout my tenure at Media DVX and DG, I have worked in a support function. I have held my current position with DG since approximately August 2010.

5. Steven W. Brown became DG's Senior Vice President Global Support in September 2009. As a result of this promotion, Mr. Brown became my direct supervisor.

Case 2:11-cv-10193-JHN-JC Document 35-2 Filed 02/27/12 Page 3 of 14 Page ID #:1023
Case 3:11-cv-03414-M Document 22-2 Filed 01/17/12 Page 2 of 42 PageID 552
App000002

6. Mr. Brown became DG's Senior Vice President Global Support & Affiliate Relations in September 2010. I continued to report directly to Mr. Brown following his promotion to this position and up until his departure from DG.

7. As the Senior Vice President of Global Operations & Affiliate Relations, Mr. Brown had supervisory responsibility for DG employees located across the nation. Mr. Brown ultimately had supervisory responsibility for DG employees in Irving, Texas; Roswell, Georgia; New York, New York; Tulsa, Oklahoma; Burbank, California; San Francisco, California; and Newark, Delaware.

8. At all times following Mr. Brown's promotion to Senior Vice President Global Support in September 2009, Mr. Brown regularly worked in DG's Irving, Texas headquarters. Mr. Brown maintained an office at DG's Irving office and typically worked there from Monday-Wednesday during the months that his son was playing baseball and from Monday-Thursday during the months that his son was not playing baseball. He was typically in Irving approximately every other week.

9. When Mr. Brown was Irving, I typically would take Mr. Brown to his hotel every evening. When he was leaving, I always drove Mr. Brown to the airport from DG's Irving headquarters to fly home to his residence in Tennessee.

10. As a result of my direct working relationship with Mr. Brown, I generally was aware of his travel schedule. During the weeks leading up to Mr. Brown's abrupt termination of his employment with DG on November 7, 2011, Mr. Brown had meetings with a number of key broadcast destination contacts. I do not recall that this was typical to meet with this many key clients in such a short time-frame.

Case 2:11-cv-10193-JHN-JC Document 35-2 Filed 02/27/12 Page 4 of 14 Page ID #:1024
Case 3:11-cv-03414-M Document 22-2 Filed 01/17/12 Page 3 of 42 PageID 553
App000003

11. Based upon my knowledge and recollection, during an approximate two-and-a-half week period, Mr. Brown met with broadcast destinations in New York, Atlanta, Dallas, Virginia, and Los Angeles. True and correct copies of "screen shots" of Mr. Brown's calendar for October 17-21, October 24-28, and October 31-November 4, 2011 are attached hereto as composite **Exhibit A**.

12. Based upon my knowledge and recollection, some of the broadcast destinations that Mr. Brown visited during his final weeks were destinations which he had never or rarely visited. Based upon my knowledge and recollection, the typical course of business would be for Mr. Brown to visit some of these destinations throughout the course of the year.

13. During the week of October 17-21, 2011, Mr. Brown met with Fox, DirecTV, Disney ABC, and NBC. During the week of October 24-28, 2011, Mr. Brown met with Turner, CNN, Discovery, and MTV. During the week of October 31-November 4, 2011, in what I later discovered to be his final week with DG, Mr. Brown met with WFAA-TV in Dallas.

14. The broadcast destinations with which Mr. Brown met represent some of the top destinations for the Fourth Quarter "Peak Week" beginning November 14th, which is one of the highest volume weeks of the year and are some of DG's most key destinations in its digital advertising delivery business.

15. As the Vice President, Global Support, I prepared reports for Mr. Brown which contained highly confidential information. Such information included: online percentages; year-over-year volume reports; number of orders taken; market delivery; spots per client; systems design information; recommendations for technology changes or upgrades; customer-specific systems requirements; and reports containing system delivery issues. This information was

Case 2:11-cv-10193-JHN-JC Document 35-2 Filed 02/27/12 Page 5 of 14 Page ID #:1025
Case 3:11-cv-03414-M Document 22-2 Filed 01/17/12 Page 4 of 42 PageID 554
App000004

confidential because it contained details on DG's customers, formed the basis for calculating revenue, and exposed the strengths and weaknesses of DG's technology.

16. Specifically, Mr. Brown was involved in and aware of the purchase, deployment, and roll-out of new software integrated into DG's systems called "Baton," which automated quality control of spots. Baton was deployed over the weekend of November 5th and 6th and I sent numerous e-mails to update him on the progress of such deployment. Mr. Brown responded to and acknowledged my emails.

17. During his final weeks at DG, Mr. Brown also developed an internal plan for the handling of issues that could arise for advertising deliveries during "Peak Week," to ensure that top clients' needs were met and addressed. This internal plan analyzed top client information, anticipated systems issues, and the internal process for handling potential issues.

18. Mr. Brown never once mentioned to me (or to any other DG personnel while in my presence) that he was preparing to terminate his employment with DG on November 7, 2011. Indeed, I only learned Mr. Brown had terminated his employment with DG when Neil Nguyen informed me of such on November 9, 2011.

19. After Mr. Brown terminated his employment with DG on November 7, 2011, I packed up all of Mr. Brown's personal belongings that were located in Mr. Brown's office at DG's Irving headquarters. I had our administrative staff send Mr. Brown's personal belongings to his last known address, which I understood to be 227 Tuckahoe Road in Jackson, Madison County, Tennessee 38305. To my knowledge, Mr. Brown received these personal belongings.

20. Following Mr. Brown's departure, I had responsibility for monitoring his incoming e-mails, to ensure that DG was responsive to inquiries by the broadcast destination customers previously serviced by Mr. Brown. Notwithstanding that Mr. Brown terminated his

Case 2:11-cv-10193-JHN-JC Document 35-2 Filed 02/27/12 Page 6 of 14 Page ID #:1026
Case 3:11-cv-03414-M Document 22-2 Filed 01/17/12 Page 5 of 42 PageID 555
App000005

employment with DG with no notice whatsoever to DG, Mr. Brown did not receive any substantive business-related e-mails from any broadcast destination clients following his departure. Mr. Brown's e-mail did continue to receive e-mails for various retail services and products.

21. It is my understanding Mr. Brown is involved with deploying different technology for delivering digital advertising on behalf of Javelin. Based on my experience with technology roll-outs on behalf of DG, I would anticipate it would take approximately 90 days for new technology to be deployed to major broadcast and cable destinations. Assuming Mr. Brown began deployment efforts shortly after his departure from DG in early November of 2011, I would anticipate such deployment would be completed by early March of 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __16__ day of January, 2012, at Irving, Texas.

_Deanna Hovland_
Deanna Hovland

Case 2:11-cv-10193-JHN-JC Document 35-2 Filed 02/27/12 Page 7 of 14 Page ID #:1027
Case 3:11-cv-03414-M Document 22 Filed 01/17/12 Page 6 of 42 PageID 556
App000006

# Exhibit A

Case 2:11-cv-10193-JHN-JC Document 35-2 Filed 02/27/12 Page 8 of 14 Page ID #:1028
Case 3:11-cv-03414-M Document 22 Filed 01/17/12 Page 7 of 42 PageID 557
App000007



Calendar - archive - Microsoft Outlook
File Home Send / Receive Folder View McAfee E-mail Scan
New Appointment New Meeting New Items New
Today Next 7 Days Go To
Day Work Week Week Month Schedule View Arrange
Open Calendar Calendar Groups Manage Calendars
E-mail Calendar Share Calendar Publish Online Calendar Permissions Share
Find a Contact Address Book Find
October 2010
Su Mo Tu We Th Fr Sa
My Calendars
Calendar
Calendar (2)
Calendar (backup) (6)
Team: Steven Brown
Team: Neil Nguyen
Shared Calendars
Dee Hovland
Fred Cunha
Other Calendars
Media Asset Management - MAN
Mail
Calendar
Contacts
Tasks
October 11 - 15, 2010
Search Calendar (Ctrl+E)
11 Monday
12 Tuesday
13 Wednesday
14 Thursday
15 Friday
Nesbit Defect Deployment Statu
InActive Master Report; 1-866-
Fairbanks Relocation Project:
HTV - Pathfire: Backup Solution;
NBC DR; Steve's office; Fred Cunh
Morton Grove Reviiew; 1-866-227
Please Confirm or Cancel:American Airlines #2089, 10:55 AM CDT MEM - DFW American Express Business Travel
S&P interface; 866.227.2207 / Con
MM360 to Nesbit Data Migrat
CBS Parity; My Office; Steven Bro
Discuss Client Service Coverage/
Weekly Stora
Sr. Management Team Meeting Irving Board R Pat Burgher
River Logic -- Business Intelligence Integration Systems Boardroom
NBC Local Media -- File Types; 1-
Tyler and Steve
Tyler and Steve
Weekly Storage/Billing Meetir
Show tasks on: Due Date
Tasks
Items: 22
Reminders: 18
Send/Receive error
Updating address book.
100%



Calendar - archive - Microsoft Outlook
File
Home
Send / Receive
Folder
View
McAfee E-mail Scan
New Appointment
New Meeting
New Items
Today
Next 7 Days
Day
Work Week
Week
Month
Schedule View
Open Calendar
Calendar Groups
E-mail Calendar
Share Calendar
Publish Online
Calendar Permissions
Find a Contact
Address Book
New
Go To
Arrange
Manage Calendars
Share
Find
October 2010
Su Mo Tu We Th Fr Sa
My Calendars
Calendar - SBrown@dgit.com
Calendar (2) - archive
Calendar (backup) (6)
Team: Steven Brown
Team: Neil Nguyen
Shared Calendars
Dee Hovland
Fred Cunha
Other Calendars
Media Asset Management - MAM
Mail
Calendar
Contacts
Tasks
October 25 - 29, 2010
Search Calendar (Ctrl+E)
25 Monday
26 Tuesday
27 Wednesday
28 Thursday
29 Friday
Incorporated Earnings Conference Call
NBC Follow-up; Steve's Cell; Neal
InActive Master Report; My Of
Canceled: Fairbanks Relocation
Galaxy 18 DVB-S2 conversion rev
Galaxy 18 DVB-
Preferred Medi
NBC Cerona Install; Conference c
Cerona Issues; 866-227.2207x2202
Local Media Discussion; Call 212-
MM360 to Nesbit Data Migrat
Weekly Storage/Vault Meeting
Labor Review; 1-866-227-2207, 86
Review Preferred Media Rate C
Weekly Storage/Billing Meetir
Show tasks on: Due Date
Tasks
Items: 16
Reminders: 18
Send/Receive error
Updating address book.
100%





App0011



Case 2:11-cv-10193-LJM-JC Document 35-2 Filed 02/27/12 Page 14 of 14 Page ID #:563
Case 3:11-cv-03414-M Document 22 Filed 01/17/12 Page 39 of 42 PageID 563
App000013

